UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                              :

IN RE APPLICATION OF ASSOCIAÇÃO         :     25-MC-490 (JMF)
BRASILEIRA DE INVESTIMENTO, CRÉDITO E   :
CONSUMO FOR AN ORDER SEEKING DISCOVERY  :     <u>ORDER</u>
PURSUANT TO 28 U.S.C. § 1782                     :
                                              :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        On November 3, 2025, Applicant *Associação Brasileira de Investimento, Crédito e Consumo* filed an application pursuant to 28 U.S.C. § 1782 for an order compelling discovery for use in a foreign proceeding (the "Application"). (Docket No. 1). Although the Court has authority to address the Application *ex parte*, *see Gushlak v. Gushlak*, 486 F. App'x 215, 217 (2d. Cir. 2012) ("[I]t is neither uncommon nor improper for district courts to grant applications made pursuant to § 1782 *ex parte*."), the Court will not do so here given, among other things, that Respondents are already on notice regarding the application, *see* ECF No. 4-8.

        Accordingly, no later than **November 20, 2025**, Applicant shall electronically serve on Respondents' counsel a copy of the Application and supporting papers, together with a copy of this Order, and file proof of such service on the docket. In addition, Applicant shall electronically serve those same papers on *Oncoclínicas do Brasil Serviços Médicos S.A.* ("Oncoclínicas") and *Associação Brasileira das Entidades dos Mercados Financeiros e de Capitais* ("ANBIMA") — the parties against whom the requested discovery is likely to be used — by the same date, also filing proof of service on the docket. *See Application of Sarrio, S.A.*, 119 F.3d 143, 148 (2d Cir. 1997) ("[T]he ultimate targets of a § 1782 discovery order issued to third parties have standing to challenge the district court's power to issue a subpoena under the terms of an authorizing statute." (internal quotation marks omitted)). Respondents, Oncoclínicas, and ANBIMA shall file any opposition to this Application no later than **two weeks from the date on which they are served**. Applicant's reply, if any, shall be due **one week from the date upon which the opposition is filed**.

        If the parties believe that a conference would be helpful, either before or after the matter is fully briefed, they shall so advise the Court by letter.

        SO ORDERED.

Dated: November 17, 2025
       New York, New York

                                                                                 JESSE M. FURMAN
                                                                United States District Judge