UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                     :

IN RE APPLICATION OF ASSOCIAÇÃO    :
BRASILEIRA DE INVESTIMENTO, CRÉDITO E   :
CONSUMO FOR AN ORDER SEEKING DISCOVERY  :
PURSUANT TO 28 U.S.C. § 1782            :

                                       :
------------------------------------------------------------------------X

25-MC-490 (JMF)

MEMORANDUM OPINION
AND ORDER

JESSE M. FURMAN, United States District Judge:

      Associação Brasileira de Investimento, Crédito e Consumo ("ABRAICC") filed an application, pursuant to 28 U.S.C. § 1782(a), for discovery from the Goldman Sachs Group, Inc., and Goldman Sachs & Co. LLC, a subsidiary of Goldman Sachs Inc. (collectively, "Goldman Sachs"). *See* ECF No. 1. On March 30, 2026, the Court issued an order to show cause directing ABRAICC to demonstrate why the Court should not deny its Section 1782 "application without prejudice to renewal in the event that it files its claims in Brazilian court and that court rules that they may proceed in that forum." ECF No. 25, at 2. Having considered the parties' submissions filed in response, ECF Nos. 26-28, the Court concludes that the case should be stayed rather than dismissed. That said, there is no reason to keep the case open until ABRAICC files its anticipated case in Brazilian court and that court rules that the case may proceed in that forum. Thus, the Court directs the Clerk of Court to (1) terminate ECF No. 1; and (2) administratively close the case subject to the right of (a) ABRAICC to move to reopen the case within twenty-one days of a ruling that its case may proceed in Brazilian court; or (b) any party to move to reopen the case if there are material developments warranting Court intervention.

      SO ORDERED.

Dated: April 20, 2026
      New York, New York

_____
JESSE M. FURMAN
United States District Judge